1   JAMES D. BOYLE, ESQ. (NBN 08384)
    jboyle@nevadafirm.com
2   JESSICA M. LUJAN (NBN 14913)
    jlujan@nevadafirm.com
3   HOLLEY DRIGGS
    300 South Fourth Street, Suite 1600
4   Las Vegas, Nevada 89101
    Telephone: 702/791-0308
5
    BRIAN N. PLATT (*pro hac vice*)
6   bplatt@wnlaw.com
    COLLIN D. HANSEN (*pro hac vice*)
7   chansen@wnlaw.com
    WORKMAN NYDEGGER
8   60 East South Temple Suite 1000
    Salt Lake City, UT 84111
9   Telephone: (801) 533-9800
    Facsimile: (801) 328-1707
10
11  *Attorneys for Ruby Mountain Heli-Ski Guides, Inc.*

12              **UNITED STATES DISTRICT COURT**

13                     **DISTRICT OF NEVADA**

14

15  RUBY MOUNTAIN HELI-SKI          Case No.: 2:23-CV-01068-JAD-DJA
    GUIDES, INC.,
16
                          Plaintiff,   **STIPULATION AND ORDER TO**
17                                      **EXTEND TIME TO RESPOND TO**
    v.                                  **PLAINTIFF'S MOTION TO STRIKE**
18                                      **AND TO PLAINTIFF'S RESPONE TO**
    SLEDNV, INC., KYLE WIEBEN, and      **DEFENDANT MURCHISON'S**
19  JASON MURCHISON                     **MOTION TO DISMISS**

                          Defendants.
20                                            **(FIRST REQUEST)**

21

22

23          Pursuant to Federal Rule of Civil Procedure 6(b) and Nev. LR IA 6-1, Plaintiff

24  Ruby Mountain Heli-Ski Guides, Inc. ("Plaintiff") and Defendant Jason Murchison

25  ("Murchison") hereby stipulate that (1) Murchison's deadline to respond to Plaintiff's

26  Opposition to Murchison's Motion to Dismiss (ECF No. 23), filed on October 25, 2023, is

27  extended to and including November 16, 2023 and (2) Murchison's deadline to respond to

Plaintiff's Motion to Strike Murchison's Motion to Dismiss (ECF No. 22), filed on

October 25, 2023, is extended to and including November 16, 2023.

Plaintiff served Murchison via electronic mail with copies of these pleadings on

October 31, 2023.  Murchison did not receive prior notice of filing for ECF Nos. 22 or 23

because Murchison is a *pro se* defendant who is not registered with this Court's electronic

case filing system.  There have been no previous extensions for these deadlines or for any

other deadlines in the above-captioned matter.  These extensions will not alter the date of

any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED November 6, 2023.

Respectfully submitted,                          Respectfully submitted,

By: /s/ *Jason Murchison (pro se)*              By: /s/ *James. D. Boyle*

Jason Murchison (*pro se*)                       JAMES D. BOYLE, ESQ. (NBN 08384)
992 Fairlawn Dr                                  JESSICA M. LUJAN, ESQ. (NBN 14913)
Spring Creek, NV 89815                           HOLLEY DRIGGS
714-313-4577                                     300 South Fourth Street, Suite 1600
jasonmurch@gmail.com                             Las Vegas, Nevada 89101

                                                 BRIAN N. PLATT, ESQ. (*pro hac vice*)
                                                 COLLIN D. HANSEN, ESQ. (*pro hac vice*)
                                                 WORKMAN NYDEGGER PC
                                                 60 East South Temple, Suite 1000
                                                 Salt Lake City, Utah 84111
                                                 Telephone: (801) 533-9800

                                                 *Attorneys for Plaintiff Ruby Mountain Heli-Ski*
                                                 *Guides, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS
HEREBY ORDERED that Murchison's deadlines to file a reply in support of the motion
to dismiss [ECF No. 20] and to respond to plaintiff's motion to strike [ECF No. 22] are
extended to November 16, 2023.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 8, 2023