# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUBY MOUNTAIN HELI-SKI GUIDES, INC.,<br><br>Plaintiff,<br>v.<br><br>SLEDNV, INC., KYLE WIEBEN and JASON MURCHISON,<br><br>Defendants. | 3:24-cv-00211-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 73 |

Before the court is Plaintiff's Motion Regarding Discovery Dispute. (ECF No. 73.)

Pursuant to the court's Civil Standing Order (ECF No. 60), Defendant Murchison shall file a response on or before close of business on **Wednesday, September 18, 2024**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: September 16, 2024.

_____
Craig S. Denney
United States Magistrate Judge