UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUBY MOUNTAIN HELI-SKI GUIDES, INC.,<br><br>Plaintiff<br><br>v.<br><br>JASON MURCHISON,<br><br>Defendant | Case No.: 3:24-cv-00211-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 88 |

The court is in receipt of Plaintiff's motion regarding discovery dispute. (ECF No. 88.) Pursuant to the court's Civil Standing Order (ECF No. 60), Defendant shall file a response to Plaintiff's discovery motion within two court days, on or before **January 23, 2025,** and the response is limited to **5 pages** in length.

**IT IS SO ORDERED.**

DATED: January 21, 2025.

_____
United States Magistrate Judge